USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW E. ROTH,

Plaintiff,

-v-

KAUFMAN KAPITAL LLC, *et al.*,

Defendants.

1:26-cv-4944-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 10, 2026, Defendant Kaufman Kapital LLC and Defendant Daniel Louis Kaufman ("Kaufman Defendants") filed a letter informing the Court of their intent to file a motion and requesting a pre-motion conference. Dkt. No. 21. As discussed during the August 20, 2026 telephone conference, Kaufman Defendants' motion to dismiss the complaint is due by October 5, 2026; Plaintiff's opposition is due four weeks after the date of service of Kaufman Defendants' motion; and Kaufman Defendants' reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

For the reasons also stated on the record during the telephone conference, discovery in this matter is stayed pending resolution of Kaufman Defendants' anticipated motion to dismiss.

SO ORDERED.

Dated: August 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge